IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:18-cv-423-GCM

DESHAWN WALTON,

        Plaintiff,

v.

BRIGHTSTAR CORP.,

        Defendant.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **April Boyer,** filed November 8, 2018 (Doc. No. 3).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms. Boyer is admitted to appear before this court *pro hac vice* on behalf of Defendant, Brightstar Corp..

**IT IS SO ORDERED.**

Signed: November 9, 2018

*[signature]*

Graham C. Mullen
United States District Judge